Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Garden City Boxing Club, Inc.** | **CASE NO. C 07-05919 RMW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **Juan Santos Madrigal, et al.** | |
| **Defendants.** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, March 28, 2008 at 9:00 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendants named to this action.

Specifically, Defendant Maria Elena Madrigal was served on March 5, 2008. Defendants Juan Santos Madrigal, Gloria Rodriguez, and Jesus Navarro Rodriguez have not been served (See Plaintiff's Exhibit 1).

As a result, Plaintiff's counsel has not conferred with each defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

1    **Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2   Management Conference presently scheduled for Friday, March 28, 2008 to a new date approximately

3   forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed by the

4   defendant and Plaintiff's counsel may thereafter confer with the defendant and/or defendant's counsel

5   and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

6

7

8                                      Respectfully submitted,

9

10

11

Dated: March 21, 2008              */s/ Thomas P. Riley*
12                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                       By: Thomas P. Riley
13                                     Attorneys for Plaintiff
                                       Garden City Boxing Club, Inc.
14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-05919 RMW**
**PAGE 2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number C 07-05919 RMW styled *Garden City Boxing Club, Inc. v. Juan Santos Madrigal, et al.*, is hereby continued from 9:00 am, Friday, March 28, 2008,

to_____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____     Dated:_____
**THE HONORABLE PATRICIA V. TRUMBULL**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. CV 07-05919 RMW**
**PAGE 3**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>**THOMAS P. RILEY, ESQ., Bar No.: 194706**<br>**THOMAS P. RILEY, LAW OFFICES OF**<br>**1114 FREMONT AVENUE**<br>**SOUTH PASADENA, CA 91030** | TELEPHONE NO.:<br>**(626) 799-9797**<br><br>**tprlaw@att.net**<br>Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR *(Name)*    **PLAINTIFF**    **ROBERTO'S MARISCOS (11/27/04)**

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT**
**280 SOUTH FIRST STREET**
**SAN JOSE, CA  95113**

PLAINTIFF/PETITIONER

**GARDEN CITY BOXING CLUB, INC.**

DEFENDANT/RESPONDENT

**MADRIGAL**

| **NOT FOUND OR**<br>**NON SERVICE RETURN** | DATE: | TIME | DEPT/DIV | CASE NUMBER:<br>**C07 05919 RMW HRL** |
|---|---|---|---|---|

I am and was on the dates herein mentioned at least 18 years of age and not a party to this action. I received the within process on March 4, 2008 and that after due search, careful inquiry and diligent attempts, I have been unable to effect service as indicated below. Costs for attempted service are recoverable under CCP §1033.5 (a)(4)(B).

Documents:    **SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; USDC NORTHERN DISTRICT, SAN JOSE DIVISION INFORMATION PACKAGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES INFORMATION PACKAGE**

Party Served:    **JUAN SANTOS MADRIGAL, INDIVIDUALLY AND D/B/A ROBERT'S MARISCOS**

Residence:    **1896 SUMATRA AVENUE, SAN JOSE, CA 95122**

Business:    **Business address was not known at the time of service.**

Process is being returned without service for the following reason(s):

**March 5, 2008  08:05 pm    BAD ADDRESS (RESIDENCE): 1896 SUMATRA AVENUE, SAN JOSE, CA 95122. PER MARIA MADRIGAL, EX-WIFE, SUBJECT MOVED OUT, NO FURTHER INFORMATION WAS PROVIDED.**

**March 13, 2008    RETURN TO CLIENT.**

**Person who served papers**
**M. WEEKER**
**ABSOLUTE SERVICE OF LOS ANGELES**
**1301 WEST SECOND STREET, SUITE 204**
**LOS ANGELES, CA 90026**
**(213) 481-7334**

**The fee** for service was:  $80.00
I am: registered California process server.
    independent contractor
    Registration No.: **617**
    County: **SANTA CLARA**

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **March 14, 2008**

**M. WEEKER**

Judicial Council form POS-010    **NOT FOUND OR NON SERVICE RETURN**    C9OC1-12ss/t

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | | FOR COURT USE ONLY |
|---|---|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
**THOMAS P. RILEY, ESQ., Bar No.: 194706**
**THOMAS P. RILEY, LAW OFFICES OF**
**1114 FREMONT AVENUE**
**SOUTH PASADENA, CA 91030**

TELEPHONE NO. **(626) 799-9797**

**tprlaw@att.net**

Ref. No. or File No.

ATTORNEY FOR (Name): **PLAINTIFF**   ROBERTO'S MARISCOS (11/27/04)

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT**
**280 SOUTH FIRST STREET**
**SAN JOSE, CA 95113**

PLAINTIFF/PETITIONER:

**GARDEN CITY BOXING CLUB, INC.**

DEFENDANT/RESPONDENT:

**MADRIGAL**

| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|---|
| | | | | | **C07 05919 RMW HRL** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

**SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; USDC NORTHERN DISTRICT, SAN JOSE DIVISION INFORMATION PACKAGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES INFORMATION PACKAGE**

3. a. Party served:    **MARIA ELENA MADRIGAL, INDIVIDUALLY AND D/B/A ROBERT'S MARISCOS**

4. Address where the party was served:    **1896 SUMATRA AVENUE**
            (Residence)    **SAN JOSE, CA  95122**

5. I served the party

a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:    **March 5, 2008** at: **08:05 pm**
   under the following Code of Civil Procedure section :

            **SERVICE MADE PURSUANT TO FRCP 4(e) (2)**

7. **Person who served papers**
   a. **M. WEEKER**
   b. **ABSOLUTE SERVICE OF LOS ANGELES**
      **1301 WEST SECOND STREET, SUITE 204**
      **LOS ANGELES, CA 90026**
   c. **(213) 481-7334**

d. **The fee** for service was:  **$80.00**
e. I am:  (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: **617**
      (iii) County: **SANTA CLARA**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **March 14, 2008**

            / **M. WEEKER**

Judicial Council form POS-010 Rev. 01/01/07                   **PROOF OF SERVICE**                   09001-2Nasgcnp

ATTORNEY OR PARTY WITHOUT ATTORNEY   on'y to serve if any
THOMAS P. RILEY, ESQ     Bar No : 194706     (626) 799-9797
THOMAS P. RILEY, LAW OFFICES OF              Fax (626) 799-9795
1114 FREMONT AVENUE                           tprlaw@attrbdf-11
SOUTH PASADENA, CA  91030          Ref No. or File No
ATTORNEY FOR (Name)   PLAINTIFF         ROBERT'S MARISCOS 11-27-04

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER

GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT

MADRIGAL

| *** STATUS REPORT *** | HEARING DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| Attn: | | | | C07 05919 RMW ERL |

We received the within process in our Process Department on March 17, 2008. We have attempted to effect service on the
following party at the address(es) indicated below.

Serves:    JESUS NAVARRO RODRIGUEZ, INDIVIDUALLY AND D/B/A ROBERTO'S MARISCOS

Residence:  Residence address is unknown.

Business:  4075 EVERGREEN VILLAGE SQUARE, SUITE 140, SAN JOSE, CA 95135

Our attempts at service include, but are not limited to, the following dates, times and status detail

March 19, 2008  02:35 pm     BAD ADDRESS (BUSINESS): 4075 EVERGREEN VILLAGE SQUARE,
                             SUITE 140, SAN JOSE, CA 95135. THE GIVEN ADDRESS APPEARS
                             TO BE VACANT.
March 20, 2008  11:00 am     DOCUMENTS HAVE BEEN PLACED ON HOLD FOR ONE WEEK PENDING
                             FURTHER INSTRUCTIONS FROM YOUR OFFICE.

Date March 20, 2008

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and
return it to us en route or fax it to: (213) 481-7343  Thank you

**Absolute Service of Los Angeles**
1301 West Second Street, Suite 204, Los Angeles, CA 90026 (213) 481-7334

**\*\*\* SERVICE OF PROCESS STATUS REPORT \*\*\***

PAGE  01            ATTORNEY SERVICE            8    11:22  03/20/2008

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

THOMAS P. RILEY, ESQ., Bar No.: 194706
THOMAS P. RILEY, LAW OFFICES OF
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030

TELEPHONE NO    (626) 799-9797
Fax    (626) 799-9795
tprlaw@att.net-11

Ref. No. or File No.
ROBERT'S MARISCOS 11-27-04

Last day(s) to serve, if any

ATTORNEY FOR (Name)    PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT
MADRIGAL

*** STATUS REPORT ***

| HEARING DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|
| | | | C07 05919 RMW HRL |

We received the within process in our Process Department on March 17, 2008. We have attempted to effect service on the following party at the address(es) indicated below.

Servee    JESUS NAVARRO RODRIGUEZ, INDIVIDUALLY AND D/B/A ROBERTO'S MARISCOS

Residence    1896 SUMATRA AVENUE, SAN JOSE, CA 95122-2238

Business    4075 EVERGREEN VILLAGE SQUARE, SUITE 140, SAN JOSE, CA 95135

Our attempts at service include, but are not limited to, the following dates, times and status detail:

March 19, 2008  02:35 pm    BAD ADDRESS (BUSINESS): 4075 EVERGREEN VILLAGE SQUARE, SUITE 140, SAN JOSE, CA 95135. THE GIVEN ADDRESS APPEARS TO BE VACANT.
March 20, 2008  11:00 am    DOCUMENTS HAVE BEEN PLACED ON HOLD FOR ONE WEEK PENDING FURTHER INSTRUCTIONS FROM YOUR OFFICE.
March 21, 2008  10:30 am    LOCATED NEW ADDRESS: 1896 SUMATRA AVENUE, SAN JOSE, CA 95122-2238  TELEPHONE NUMBER: 408/923-2548.
March 21, 2008  10:31 am    NOW ATTEMPTING SERVICE AT THE LOCATED ADDRESS.

Date: March 21, 2008

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us on route or fax it to: (213) 481-7343. Thank you

**Absolute Service of Los Angeles**
1301 West Second Street, Suite 204, Los Angeles, CA 90026 (213) 481-7334

*** SERVICE OF PROCESS STATUS REPORT ***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 21, 2008, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Juan Santos Madrigal (Defendant)
2168 Story Road
San Jose, CA 95122

Maria Elena Madrigal  (Defendant)
1896 Sumatra Avenue
San Jose, CA 95122

Gloria Rodriguez (Defendant)
2168 Story Road
San Jose, CA 95122

Jesus Navarro Rodriguez (Defendant)
2168 Story Road
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 21, 2008, at South Pasadena, California.

Dated:  March 21, 2008                          */s/ Raquel Hernandez*
                                                **RAQUEL HERNANDEZ**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-05919 RMW
PAGE 4**