Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

*E-FILED - 3/27/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Juan Santos Madrigal, et al.<br><br>Defendants. | CASE NO. C 07-05919 RMW<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER<br>() |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, March 28, 2008 at 9:00 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff is currently attempting to perfect service of process of the suit papers as to the defendants named to this action.

Specifically, Defendant Maria Elena Madrigal was served on March 5, 2008.   Defendants Juan Santos Madrigal, Gloria Rodriguez, and Jesus Navarro Rodriguez have not been served (See Plaintiff's Exhibit 1).

As a result, Plaintiff's counsel has not conferred with each defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER ()
CASE NO. CV 07-05919 RMW
PAGE 1

1    **Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2    Management Conference presently scheduled for Friday, March 28, 2008 to a new date approximately

3    forty-five (45) to sixty (60) days forward in order that a responsive pleading may be filed by the

4    defendant and Plaintiff's counsel may thereafter confer with the defendant and/or defendant's counsel

5    and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

6

7

8                                            Respectfully submitted,

9

10

11   Dated: March 21, 2008              _/s/ Thomas P. Riley_
12                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
13                                      Attorneys for Plaintiff
14                                      Garden City Boxing Club, Inc.

15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. CV 07-05919 RMW**
**PAGE 2**

1

2

## ORDER (

3      It is hereby ordered that the Case Management Conference in civil action number C 07-05919

4  RMW styled *Garden City Boxing Club, Inc. v. Juan Santos Madrigal, et al.*, is hereby continued from

5  9:00 am, Friday, March 28, 2008,

6  to___May 30, 2008 @ 10:30 A.M._____.

7          The Parties shall file a joint Case Management Statement in advance of the Case Management

8  Conference pursuant to the Local Rules and the Standing Order of this Court.

9          Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

10  of Service of this Order with the Clerk of the Court.

11

12

13  **IT IS SO ORDERED**:   No further continuances.

14

15

16  ___*Ronald M. Whyte*_____          Dated:___3/27/08_____

17  **United States District Court**
**Northern District of California**

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 07-05919 RMW
PAGE 3**