```
THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel:  626-799-9797
Fax: 626-799-9795                           *** E-FILED 4/4/08 ***
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Juan Santos Madrigal, et al. <br><br> Defendant. | CASE NO. C 07-05919 RMW <br><br> PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (xxxxxxxxxx |

TO THE HONORABLE RONALD M. WHYTE, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

1. On November 26, 2007, Plaintiff's Complaint was filed against Defendants Juan Santos Madrigal, Maria Elena Madrigal, Gloria Rodriguez and Jesus Navarro Rodriguez (hereinafter referred to as "Defendant").

///

///

///

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER xxxxxxxxxx

PAGE 1

2.     As of this writing, Plaintiff has been unable to serve the suit papers on Defendant Juan Santos Madrigal, Gloria Rodriguez and Jesus Navarro Rodriguez, because Plaintiff cannot determine a valid addresses for service of process. (Co-defendant Maria Elena Madrigal has been successfully served.)

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Juan Santos Madrigal Gloria Rodriguez and Jesus Navarro Rodriguez.

Respectfully submitted,

Date: March 25, 2008     */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///

# ORDER (xxxxxxxxxx])

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Juan Santos Madrigal, Gloria Rodriguez and Jesus Navarro Rodriguez where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

/s/ Ronald M. Whyte

Date: April 4, 2008

**HONORABLE RONALD M. WHYTE**
United States District Court Judge
Northern District of California

///
///
///
///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 25, 2008, I served:

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Juan Santos Madrigal (Defendant)<br>2168 Story Road<br>San Jose, CA 95122 | Maria Elena Madrigal (Defendant)<br>1896 Sumatra Avenue<br>San Jose, CA 95122 |
| Gloria Rodriguez (Defendant)<br>2168 Story Road<br>San Jose, CA 95122 | Jesus Navarro Rodriguez (Defendant)<br>2168 Story Road<br>San Jose, CA 95122 |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 25, 2008, at South Pasadena, California.

Dated: March 25, 2008     */s/ Inesa Mamidjanyan*
                         **INESA MAMIDJANYAN**

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 4