| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref No. or File No.| |
| ATTORNEY FOR (Name):  PLAINTIFF | ROBERTO'S MARISCOS (11/27/04) | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
MADRIGAL

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C07 05919 RMW HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; USDC NORTHERN DISTRICT, SAN JOSE DIVISION INFORMATION PACKAGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES INFORMATION PACKAGE

3. a. Party served:   MARIA ELENA MADRIGAL, INDIVIDUALLY AND D/B/A ROBERT'S MARISCOS

4. Address where the party was served:   1896 SUMATRA AVENUE
   (Residence)   SAN JOSE, CA  95122

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   March 5, 2008 at:  08:05 pm
   under the following Code of Civil Procedure section:
      SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. **I am:** (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2008

_____
M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07

**PROOF OF SERVICE**