Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Maria Elena Madrigal, individually and d/b/a Roberto's Mariscos,<br><br>Defendant. | Case No. 5:07-cv-05919-RMW<br><br>AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT |

To: The Clerk of the above-entitled Court:

I, Thomas P. Riley, declare as follows:

1. I am the attorney for Garden City Boxing Club, Inc., in the above-entitled action.

2. On March 5, 2008, Defendant was duly served with Summons and Complaints and supplemental suit papers filed in this action.

3.   On or about May 28, 2008, the Proof of Service, evidencing same was filed with the Court.

4.   The Defendant has not appeared in this action and have not responded to the Complaint within the time permitted by law.

5.   Defendant is not an infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6.   Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the State of California and the United States of America that the above is true and correct.

Respectfully submitted,

Dated:  May 28, 2008            /s/ Thomas P.Riley
                                **LAW OFFICES OF  THOMAS P. RILEY, P.C.**
                                By: Thomas P. Riley
                                Attorneys for Plaintiff
                                Garden City Boxing Club, Inc.

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 28, 2008, served:

**AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Maria Elena Madrigal (Defendant)
1896 Sumatra Avenue
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 28, 2008, at Los Angeles, California.

Dated: May 28, 2008          */s/ Terry Houston*
                              TERRY HOUSTON