**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                                  408.535.5364

June 5, 2008

RE:  <u>CV 07-05919 RMW</u>    <u>GARDEN CITY BOXING CLUB, INC.,-v- JUAN SANTOS MADRIGAL, ET AL.</u>

Default is entered as to defendant, Maria Elena Madrigal, individually and dba Roberto's Mariscos on June 3, 2008.


                                                                              RICHARD W. WIEKING, Clerk


                                                                              by <u>/s/ Diane Miyashiro</u>
                                                                              Case Systems Administrator




NDC TR-4  Rev. 3/89