DEFAULT ENTERED
/03/2008
RICHARD W. WIEKING, CLERK
By_____
Deputy Clerk

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Ave.
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLA@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc., | Case No. 5:07-cv-05919-RMW |
|---|---|
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| vs. | |
| Maria Elena Madrigal, individually and d/b/a Roberto's Mariscos, | |
| Defendant. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, Garden City Boxing Club, Inc., hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant **Maria Elena Madrigal, individually and d/b/a Roberto's Mariscos,** on the grounds that said Defendant has failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

///

///

1  Said Defendant was duly served with the Summons and Complaint, evidenced by
2  the Proof of Service on file with this Court.

Dated: May 28, 2008

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///

///

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 28, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Maria Elena Madrigal (Defendant)
1896 Sumatra Avenue
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 28, 2008, at Los Angeles, California.

Dated: May 28, 2008         /s/ Terry Houston
                            TERRY HOUSTON