IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br>Plaintiff, <br><br>v. <br><br>MARIA ELENA MADRIGAL, et al., <br><br>Defendant. | ***E-FILED - 6/5/08*** <br><br>CASE NO.: C-07-05919-RMW <br><br>**CLERK'S NOTICE OF VACATING CASE MANAGEMENT CONFERENCE** |

YOU ARE HEREBY NOTIFIED that the Case Management Conference which was issued by the Court on May 27, 2008, setting forth a hearing date of June 6, 2008 at 10:30 a.m. is hereby **VACATED**. On May 28, 2008, plaintiff filed a motion for entry of default, and the Clerk entered default as to the defendant on June 5, 2008. Plaintiff shall file a motion for default judgment within 30 days of this notice. Counsel are hereby informed of the vacated hearing date.

DATED: June 5, 2008

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | Copy of Order E-Filed to Counsel of Record: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |