1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  Garden City Boxing Club, Inc.,           Case No. 5:07-cv-05919-RMW

12              Plaintiff,
                                             PLAINTIFF UNILATERAL CASE
13          vs.                              MANAGEMENT CONFERENCE
                                             STATEMENT
14
    Juan Santos Madrigal, et al.
15                                           FOR:    Honorable Ronald M. Whyte

16              Defendants.                  DATE:  Friday, June 6, 2008

17                                           TIME:   10:30 AM

18

19          Pursuant to this Court's Civil Local Rules, the Plaintiff submits this Unilateral Case

20  Management Statement for the consideration of this Honorable Court.

21          This Statement is unilateral in nature because as of this writing, Defendant Maria Elena

22  Madrigal has failed to respond to Plaintiff's complaint.  Co- defendants Juan Santos Madrigal,

23  Gloria Rodriguez and Jesus Navarro Rodriguez have *not* been served.

24          **WHEREFORE**, the Plaintiff makes the following representations and recommendations to

25  the Court in advance of the Case Management Conference, presently set for Friday, June 6, 2008:

26      A.      **Bases of Subject-Matter Jurisdiction, Personal Jurisdiction and Venue**

27          The instant suit provides for federal question jurisdiction. Violations of two (2) federal

28

telecommunications statutes (47 USC 553, *et seq.*, and 47 USC 605, *et seq.*), are alleged against each Defendant. A common count claim of Conversion is also pled in the Complaint.  The Court has pendent jurisdiction of the common-count claim.

Venue is proper in the Northern District of California, San Jose Division because a substantial part of the events or omissions giving rise to the claim occurred in this District. The Plaintiff is unaware of any issues concerning venue of this action or personal jurisdiction involving the named defendant.

**B.      Brief Description of Claims and Defenses and a Description of Related Proceedings**

The Plaintiff claims that Defendants Juan Santos Madrigal, Maria Elena Madrigal, Gloria Rodriguez and Jesus Navarro Rodriguez, (and/or their agents or employees) misappropriated a televised professional boxing program to which the Plaintiff owned the exclusive domestic commercial exhibition rights and thereafter exhibited the program at the restaurant (Roberto's Mariscos) they operate.  The subject program, broadcast on November 27, 2004, was the *Erik Morales v. Marco Antonio Barrera III World Featherweight Championship Fight Program* (hereinafter "*Program*").

There are no related proceedings, including any administrative proceedings, pending at this time.

**C.      Summary of Proceedings to Date/Compliance with Initial Disclosures**

Defendant Maria Elena Madrigal was duly served with initial suit papers on March 5, 2008. Defendant Maria Elena Madrigal failed to respond and on May 28, 2008 Plaintiff requested the Clerk of the Court enter default.  As of this writing Juan Santos Madrigal, Gloria Rodriguez and Jesus Navarro Rodriguez have not been served with the initial suit papers.  As a result, the Plaintiff has not made its Initial Disclosures to the defendants.

The Case Management Conference presently on calendar for June 6, 2008 shall be the first proceeding conducted in this action.

///

**D.        Pending Motions and Current Status**

There are no motions or applications pending at this time.

**E.        Brief Description of Motions Expected Before Trial**

Plaintiff anticipates filing an Application for Default Judgment by the Court on the basis of Defendant Madrigal's liability for the unauthorized exhibition of Plaintiff's *Program*.

**F.        Joinder of Additional Parties/Dismissal of Current Parties**

The Plaintiff does not anticipate dismissing any of the current defendant parties to the action, nor does Plaintiff seek to join additional parties with liability for the unlawful exhibition of Plaintiff's *Program* at the Defendants' place of business.

**G.        Evidentiary/Claim-Construction/Class Certification Hearings**

In the event such becomes necessary, Plaintiff anticipates an evidentiary hearing on the issues of statutory damages, attorneys' fees and costs.  Claim-construction and or class certification hearings are not anticipated by the Plaintiff.

**H.        Compliance with Evidence-Preservation Requirements.**

The Plaintiff and its counsel have taken affirmative steps to preserve evidence related to the issues presented by the instant action, including but not limited to those set forth in Paragraph Four (4) of the Court's Supplemental Order and F.R.C.P. 26 (d).

**I.        Stipulated Discovery Limits**

The Plaintiff has not stipulated to any discovery limits differing from the Federal Rules of Civil Procedure at this time.

///

///

///

///

**J.        Proposed Deadlines**

The Plaintiff respectfully requests that the Court withhold setting deadlines until reciprocal exchanges of initial disclosures have been made, the ADR conference is completed and the initial Case Management Conference is conducted in this action.

**K.      Jury Demand**

Should such become necessary, the Plaintiff requests a bench trial.

**L.      Damages and Other Relief**

Plaintiff seeks statutory damages, actual damages, attorney's fees and costs against each of the named Defendants.  The computation of Plaintiff's damages prayed for in the complaint filed in this action are, as follows:

| | |
|---|---|
| a. Count I: 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $  50,000.00 |
| b. Count II: 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $  50,000.00 |
| c. Count III: Conversion: | $      800.00 |
| Total: | $ 100,800.00 |

**M.      Alternative Dispute Resolution**

As of this writing, the parties have not been assigned to an ADR process.   The Plaintiff requests a Settlement Conference before a District Court Magistrate Judge.

**N.      Consent to Magistrate Judge**

The Plaintiff does not consent to disposition and trial of this action by a Magistrate Judge.

**O.      Service List of Counsel on record.**

<u>**Plaintiff's Counsel:**</u>

Thomas P. Riley:      Telephone: 626-799-9797          Facsimile: 626-799-9795

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

1   Pursuant to Civil L.R. 16-12, the undersigned, as lead trial counsel, certifies that he has read the

2   brochure entitled "Dispute Resolution in the Northern District of California", discussed the available

3   dispute resolution options provided by this Court and private entities, and has considered whether this

4   case might benefit from any of the available dispute resolution options.

5

6

7                                              Respectfully submitted,

8

9

10

   Dated: June 5, 2008                          /s/ Thomas P. Riley
11                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                               BY: Thomas P. Riley
12                                              Attorneys for Plaintiff
13                                              Garden City Boxing Club, Inc.

14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24

25   ///

26   ///

27

28                         **CASE MANAGEMENT ORDER**

1

2

      **The Case Management Statement and Proposed Order is hereby adopted by the Court**

3  **as the Case Management Order for the case and the parties are ordered to comply with this**

  **Order.  In addition the Court orders:**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

  Dated: _____

23                                                  **HONORABLE RONALD M. WHYTE**

                                              United States District Judge

24                                              Northern District of California

25

26

27

28                        **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 5, 2008, I served:

**UNILATERAL CASE MANAGEMENT STATEMENT**

On all parties in said cause by transmitting a true copy by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Juan Santos Madrigal  (Defendant)
2168 Story Road
San Jose, CA 95122

Maria Elena Madrigal  (Defendant)
1896 Sumatra Avenue
San Jose, CA 95122

Gloria Rodriguez  (Defendant)
2168 Story Road
San Jose, CA 95122

Jesus Navarro Rodriguez  (Defendant)
2168 Story Road
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 5, 2008, at South Pasadena, California.

Dated: June 5, 2008

/s/ Terry Houston
**TERRY HOUSTON**