| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name):   PLAINITFF | ROBERTO'S MARISCOS (11/27/04) | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
MADRIGAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0705919RMWHRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; WELCOME TO THE U.S.D.C. FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION-LOCAL RULES; CIVIL COVER SHEET

3. a. Party served:          JESUS NAVARRAO RODRIGUEZ, INDIVIDUALLY AND D/B/A
                              ROBERTO'S MARISCOS

4. Address where the party was served:   1066 SOUTH WHITE ROAD, #B
                                          SAN JOSE, CA  95127

5. I served the party
   b. **by substituted service.** On:   June 23, 2008 at: 12:50 pm  I left the documents listed in item 2
      with or in the presence of     JOSE HERRERA - PERSON IN CHARGE
      (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
      under the following Code of Civil Procedure section:
                SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 3, 2008

                                                              M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07         PROOF OF SERVICE               10539-1/asgensoc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: (626) 799-9797 | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | tprlaw@att.net | |
| | Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINITFF | ROBERTO'S MARISCOS (11/27/04) | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT:
MADRIGAL

| DECLARATION<br>RE: DILIGENCE | DATE | TIME: | DEPT/DIV: | CASE NUMBER<br>C0705919RMWHRL |
|---|---|---|---|---|

I received the within process on June 16, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   JESUS NAVARRAO RODRIGUEZ, INDIVIDUALLY AND D/B/A ROBERTO'S MARISCOS

Residence:   1066 SOUTH WHITE ROAD, #B, SAN JOSE, CA 95127

Business:   Business address was not known at the time of service.

As enumerated below:

June 19, 2008   12:50 pm
    NOT IN (BUSINESS).
June 20, 2008   10:20 am
    NOT IN/AVAILABLE (BUSINESS).
June 23, 2008   12:49 pm
    NOT IN (BUSINESS) PER JOSE HERRERA, PERSON IN CHARGE
June 23, 2008   12:50 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
  M. WEEKER
  ABSOLUTE SERVICE OF LOS ANGELES
  1301 WEST SECOND STREET, SUITE 204
  LOS ANGELES, CA 90026
  (213) 481-7334

The fee for service was:  $95.00
I am: registered California process server.
  independent contractor
  Registration No.: 617
  County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 3, 2008                                                         M. WEEKER

Judicial Council form POS-010         DECLARATION REGARDING DILIGENCE         10639-1/ascd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No<br>ROBERTO'S MARISCOS (11/27/04) | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
GARDEN CITY BOXING CLUB, INC.

DEFENDANT/RESPONDENT:
MADRIGAL

| PROOF OF SERVICE BY MAIL | DATE: | TIME | DEPT/DIV | CASE NUMBER:<br>C0705919RMWHRL |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On June 24, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CERTIFICATION AS TO INTERESTED PARTIES; WELCOME TO THE U.S.D.C. FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION-LOCAL RULES; CIVIL COVER SHEET

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

JESUS NAVARRAO RODRIGUEZ, INDIVIDUALLY AND D/B/A ROBERTO'S MARISCOS
1066 SOUTH WHITE ROAD, #B
SAN JOSE, CA 95127

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
employee
Registration No.: 5211
County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 3, 2008

M. MANCHESTER

Judicial Council form POS-010       PROOF OF SERVICE BY MAIL       10639-1/asopmail