**E-Filed on:** 11/16/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br>Plaintiff, <br><br>v. <br><br>JUAN SANTOS MADRIGAL, *et al.*, <br><br>Defendants. | No. C-07-05919 RMW <br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT <br><br>**[Re Docket No. 25]** |

Plaintiff's motion for default judgment came on for hearing before the court on September 25, 2009; defendants did not appear or oppose the motion. Having considered plaintiff's papers and the arguments of counsel, the motion for default judgment is granted. Damages are awarded in the amount of $2,500.

Plaintiff seeks damages under both 47 U.S.C. section 605(a) and 47 U.S.C. section 553(a) for the same alleged violation, the November 27, 2004 unauthorized broadcast. The court will not award statutory damages under both statutes for the same single act of interception. Under either statute, the court may award statutory damages up to $10,000. Based on the evidence submitted by plaintiff, including the amount of the license fee it would have charged for the broadcast, the court awards $2,500 as statutory damages.

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
C-07-05919 RMW
AKT/ter

1  Plaintiff's request for enhanced damages is denied.  Based on plaintiff's evidence (no
2 evidence of a cover charge, increased prices for food or drinks, or any advertisement, and the small
3 number of patrons present), the facts do not support an award of enhanced damages.
4  Plaintiff's request for damages for conversion is also denied.  Plaintiff elected to forego
5 recovery of actual damages by seeking statutory damages for its claims under Section 605 and
6 Section 533.  Having done so, plaintiff cannot now seek to recover its actual damages under a
7 different legal theory.
8  Plaintiff is also awarded reasonable attorneys' fees and costs.

DATED:     11/13/09

RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Thomas P. Riley        tprlaw@att.net

**Defendants:**

Juan Santos Madrigal
2168 Story Road
San Jose, CA 95122

Maria Elena Madrigal
1896 Sumatra Avenue
San Jose, CA 95122

Jesus Navarro Rodriguez
2168 Story Road
San Jose, CA 95122

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/16/09                              TER
                                                     **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
C-07-05919 RMW
AKT/ter                                    3