**E-Filed on:** 11/16/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUAN SANTOS MADRIGAL, *et al.*, <br><br> Defendants. | No. C-07-05919 RMW <br><br> JUDGMENT |

On November 13, 2009 this court granted default judgment in favor of plaintiff Garden City Boxing Club, Inc. and against defendants Juan Santos Madrigal, Maria Elena Madrigal, Jesus Navarro Rodriguez individually and d/b/a Roberto's Mariscos. Plaintiff is entitled to $2,500.

IT IS HEREBY ORDERED THAT plaintiff shall have judgment against defendants in the amount of $2,500, plus costs and reasonable attorney's fees..

DATED:     11/13/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
C-07-05919 RMW
TER

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Thomas P. Riley           tprlaw@att.net

**Defendants:**

Juan Santos Madrigal
2168 Story Road
San Jose, CA 95122

Maria Elena Madrigal
1896 Sumatra Avenue
San Jose, CA 95122

Jesus Navarro Rodriguez
2168 Story Road
San Jose, CA 95122

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/16/09                                            TER
                                                         **Chambers of Judge Whyte**

JUDGMENT
C-07-05919 RMW
TER                                                                 2